# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JABOSS CLEANERS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:17-cv-00849-ALM-KPJ |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and CHRIS TAYLOR,** | § § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 26, 2018, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations Plaintiff Jaboss Cleaners, LLC and Defendant Travelers Casualty Insurance Company's ("Defendant") Joint Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. #14) should be granted, and the entirety of Plaintiff's claims asserted in this lawsut should be dismissed with prejudice.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 3rd day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE